IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RODRICK LEVAL JACKSON                                                    PLAINTIFF

vs.                                                                      No. 4:05CV53-D-B

DELTA CORRECTIONAL FACILITY; et al.                                     DEFENDANTS

ORDER OVERRULING OBJECTIONS and
ADOPTING REPORT AND RECOMMENDATION

Presently before the court are the Plaintiff's objections to the July 20, 2005, Report and

Recommendation of the United States Magistrate Judge assigned to this cause. After considering

the objections, the court finds that they should be overruled. The court finds that the Plaintiff's

arguments are not well taken and that the objections should be overruled for the reasons stated in the

Magistrate's Report and Recommendation, which this court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

(1)     the Plaintiff's objections to the Report and Recommendation of the United States
        Magistrate Judge are OVERRULED;

(2)     the Magistrate's July 20, 2005, Report and Recommendation is APPROVED AND
        ADOPTED as the opinion of this court; and

(3)     the Plaintiff's complaint is DISMISSED AS FRIVOLOUS, and this case is
        DISMISSED WITH PREJUDICE and CLOSED.

SO ORDERED, this the 5th day of August 2005.


                                        /s/ Glen H. Davidson
                                        Chief Judge